JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE JUMP,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTY OF SAN BERNARDINO;<br>K. CORTEZ,<br><br>             Defendants. | Case No. **CV 12-3214-JFW(SPx)**<br><br>**JUDGMENT** |

   WHEREAS, on January 8, 2013, pursuant to the stipulation of the parties, the Court dismissed Plaintiff Julie Jump's second and third claims for relief with prejudice;

   WHEREAS, on February 5, 2013, the Court granted Defendants' Motion for Summary Judgment as to Plaintiff Julie Jump's first and fourth claims for relief based on its determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on Plaintiff Julie Jump's first and fourth claims for relief,

   IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1.  Plaintiff Julie Jump shall recover nothing from Defendants County of San Bernardino and K. Cortez;

2.  Defendants County of San Bernardino and K. Cortez shall have judgment in their favor on Plaintiff Julie Jump's entire action; and

3.  Defendants County of San Bernardino and K. Cortez shall recover from Plaintiff Julie Jump their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: February 5, 2013        /s/ John F. Walter
                               _____
                               JOHN F. WALTER
                               UNITED STATES DISTRICT JUDGE